**Order entered April 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00317-CV

**MICHAEL A. RUFF AND FROST BANK, N.A., Appellants**

**V.**

**SUZANN RUFF, Appellee**

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-11-2825**

## ORDER

The Court has before it appellee's April 8, 2013 agreed motion to correct inaccuracies in reporter's record. The Court **GRANTS** the motion and **ORDERS** the court reporter to file amended pages of Volume 1, page 76, 85, and 86 with the changes designated in the motion within ten days of the date of this order. We **DIRECT** the Clerk of the Court to send a copy of this order and the motion to the court reporter.

/s/    ELIZABETH LANG-MIERS
          JUSTICE